UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNI DEVELOPMENT CORPORATION, : : : Plaintiff, : : v. : : CONNOLLY AND PARTNERS, LLC, : : Defendants, : | CIVIL ACTION NO. 1:10-CV-12017-WGY |

## JUDGMENT

This cause came on for hearing and by agreement of the parties the following was ordered adjudged and decreed:

Judgment for the defendants with prejudice. Reach and apply defendant Rockville Bank and all Trustees discharged. No costs.

By the Court:

_____
William G. Young, U.S.D.C.J.

The undersigned consent to the entry of the within judgment with prejudice and waive all rights of appeal.

| Counsel for Plaintiffs, | Counsel for Defendants, |
|---|---|
| /s/ Pamela E. Berman | /s/ Lee H. Kozol |
| Pamela E. Berman, BBO#551806 | Lee H. Kozol, BBO# 278640 |
| Adler Pollock & Sheehan, P.C. | Friedman & Atherton LLP |
| 175 Federal Street | 53 State Street, 2nd Floor |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 603-0552 | (617) 227-5540 |
| Dated: May 18, 2011 | Dated: May 18, 2011 |

571414.1

1